# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MOTLALEPULA MODISE, TIRELO MMOLAWA, MORWESI MMOLAWA,** individually and on behalf of others similarly situated,<br><br>**PLANTIFFS**<br><br>V.<br><br>**CAREONE HEALTH SERVICES, LLC and ABEL N. OSAGIE,**<br><br>**DEFENDANTS** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 3:20-cv-000765-KAD<br><br><br><br><br><br><br>October 2, 2020 |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs, MOTLALEPULA MODISE, TIRELO MMOLAWA, and MORWESI MMOLAWA, individually and on behalf of all others similarly situated hereby request that judgment by default be entered against Defendant in this matter, CAREONE HEALTH SERVICES, LLC, pursuant to the Federal Rules of Civil Procedure, Rule 55(b). In support of this request, Plaintiffs rely upon the record in this case, the affidavits and a memorandum of law which will be submitted for the hearing in damages.

Plaintiffs further request that this Court determine and order pursuant to Rule 23(c) that the requirements of Rule 23(a) have been met.

PLAINTIFFS,

Motlalepula Modise, Tirelo Mmolawa, Morwesi Mmolawa, individually and on behalf of other similarly situated individuals

By: /s// ct05114
Nitor V. Egbarin, ct05114
Law Office of Nitor V. Egbarin, LLC
100 Pearl Street, 14th Floor
Hartford, CT  06103-3007
Tel: (860) 249-7180
Fax: (860) 408-1471
E-mail: NEgbarin@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail for anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Nitor V. Egbarin*