UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOTLALEPULA MODISE, MORWESI MMOLAWA, TIRELO MMOLAWA, and DINO DAVIES,<br>    *Plaintiffs*, | ) ) ) ) ) | 3:20-CV-765 (SVN) |
| v. | ) ) | |
| ABEL N. OSAGIE,<br>    *Defendant*. | ) ) | September 12, 2024 |

## SECOND AMENDED JUDGMENT

This action having come before the Court by jury trial before the Honorable Sarala V. Nagala, United States District Judge, and the issues having been tried to a jury, and the jury having returned a unanimous verdict as follows:

- in favor of Defendant Abel Osagie and against Plaintiffs Motlalepula Modise, Morwesi Mmolawa, Tirelo Mmolawa, and Dino Davies on Count Three of the Complaint;

- in favor of Plaintiffs Motlalepula Modise, Morwesi Mmolawa, and Tirelo Mmolawa and against Defendant Abel Osagie on Count Four of the Complaint;

- in favor of Counterclaim Defendant Motlalepula Modise and against Counterclaim Plaintiff Abel Osagie on Counts One and Two of the Counterclaims;

- in favor of Counterclaim Defendant Tirelo Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Five and Six of the Counterclaims;

- in favor of Counterclaim Defendant Morwesi Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Nine and Ten of the Counterclaims;

- and in favor of Counterclaim Defendant Dino Davies and against Counterclaim Plaintiff Abel Osagie on Counts Thirteen and Fourteen of the Counterclaims;

Additionally, a Ruling on Order to Show Cause having been entered on February 27, 2023,

granting judgment as a matter of law as follows:

- in favor of Counterclaim Defendant Motlalepula Modise and against Counterclaim Plaintiff Abel Osagie on Counts Three and Four of the Counterclaims;
- in favor of Counterclaim Defendant Tirelo Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Seven and Eight of the Counterclaims;
- in favor of Counterclaim Defendant Morwesi Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Eleven and Twelve of the Counterclaims;
- and in favor of Counterclaim Defendant Dino Davies and against Counterclaim Plaintiff Abel Osagie on Counts Fifteen and Sixteen of the Counterclaims;

it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered awarding:

- to Plaintiff Motlalepula Modise, actual damages in the amount of $61,940.40 and, pursuant to Conn. Gen. Stat. § 31-68(a)(1)(A), the same amount of $61,940.40, as double damages, and prejudgment interest in the amount of $36,200.08, for a total of $160,080.88;
- to Plaintiff Tirelo Mmolawa, actual damages in the amount of $38,118.00 and, pursuant to Conn. Gen. Stat. § 31-68(a)(1)(A), the same amount of $38,118.00, as double damages, and prejudgment interest in the amount of $22,278.34, for a total of $98,514.34; and
- to Plaintiff Morwesi Mmolawa, actual damages in the amount of $30,399.60 and, pursuant to Conn. Gen. Stat. § 31-68(a)(1)(A), the same amount of $30,399.60, as double damages, and prejudgment interest in the amount of $17,762.22, for a total of $78,561.42.

A Third Amended Judgment shall enter at such time that attorney fees and costs are awarded by the Court.

Dated at Hartford, Connecticut, this 12th day of September, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/
Samantha Bergeson
Deputy Clerk

Entered on Docket:  September 12, 2024