**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MOTLALEPULA MODISE, MORWESI | ) | 3:20-CV-765 (SVN) |
| MMOLAWA, TIRELO MMOLAWA, and | ) | |
| DINO DAVIES, | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABEL N. OSAGIE, | ) | |
| *Defendant*. | ) | April 9, 2025 |

## THIRD AMENDED JUDGMENT

This action having come before the Court by jury trial before the Honorable Sarala V. Nagala, United States District Judge, and the issues having been tried to a jury, and the jury having returned a unanimous verdict as follows:

- in favor of Defendant Abel Osagie and against Plaintiffs Motlalepula Modise, Morwesi Mmolawa, Tirelo Mmolawa, and Dino Davies on Count Three of the Complaint;

- in favor of Plaintiffs Motlalepula Modise, Morwesi Mmolawa, and Tirelo Mmolawa and against Defendant Abel Osagie on Count Four of the Complaint;

- in favor of Counterclaim Defendant Motlalepula Modise and against Counterclaim Plaintiff Abel Osagie on Counts One and Two of the Counterclaims;

- in favor of Counterclaim Defendant Tirelo Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Five and Six of the Counterclaims;

- in favor of Counterclaim Defendant Morwesi Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Nine and Ten of the Counterclaims;

- and in favor of Counterclaim Defendant Dino Davies and against Counterclaim Plaintiff Abel Osagie on Counts Thirteen and Fourteen of the Counterclaims;

Additionally, a Ruling on Order to Show Cause having been entered on February 27, 2023,

granting judgment as a matter of law as follows:

- in favor of Counterclaim Defendant Motlalepula Modise and against Counterclaim Plaintiff Abel Osagie on Counts Three and Four of the Counterclaims;

- in favor of Counterclaim Defendant Tirelo Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Seven and Eight of the Counterclaims;

- in favor of Counterclaim Defendant Morwesi Mmolawa and against Counterclaim Plaintiff Abel Osagie on Counts Eleven and Twelve of the Counterclaims;

- and in favor of Counterclaim Defendant Dino Davies and against Counterclaim Plaintiff Abel Osagie on Counts Fifteen and Sixteen of the Counterclaims;

Additionally, the court having granted in part and denied in part a Motion for Attorney's Fees and Costs on April 8, 2025;

it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered awarding:

- to Plaintiff Motlalepula Modise, actual damages in the amount of $61,940.40 and, pursuant to Conn. Gen. Stat. § 31-68(a)(1)(A), the same amount of $61,940.40, as double damages, and prejudgment interest in the amount of $36,200.08, for a total of $160,080.88;

- to Plaintiff Tirelo Mmolawa, actual damages in the amount of $38,118.00 and, pursuant to Conn. Gen. Stat. § 31-68(a)(1)(A), the same amount of $38,118.00, as double damages, and prejudgment interest in the amount of $22,278.34, for a total of $98,514.34; and

- to Plaintiff Morwesi Mmolawa, actual damages in the amount of $30,399.60 and, pursuant to Conn. Gen. Stat. § 31-68(a)(1)(A), the same amount of $30,399.60, as double damages, and prejudgment interest in the amount of $17,762.22, for a total of

$78,561.42.

- Plaintiffs are awarded attorney's fees in the amount of $116,793.75 and costs in the amount of $3,068.90 for a total award of $119,862.65.

Dated at Hartford, Connecticut, this 9th day of April, 2025.

DINAH MILTON KINNEY, Clerk

By: /s/
Samantha Bergeson
Deputy Clerk

Entered on Docket:  April 9, 2025